UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

v.                                                                Crim. No.  5:09CR00018

JAMES RICHARD HACKLEY, IV

**NOTICE OF APPEAL**

Defendant, JAMES RICHARD HACKLEY, IV, hereby gives notice that he appeals the final judgment of this Court against him, which was entered on January 11, 2010 to the United States Court of Appeals for the Fourth Circuit.  Defendant moves the Court to waive any fees and costs required to give notice of his appeal because of his indigency.

Respectfully submitted,

JAMES RICHARD HACKLEY, IV
By Counsel

Counsel:
S/Andrea L. Harris
Andrea L. Harris
Asst. Federal Public Defender
VSB 37764
401 E. Market Street, Suite 106
Charlottesville, VA 22902
(434)220-3380
Andrea_Harris@fd.org

Certificate of Service

      I hereby certify that on January 12, 2010, a true copy of the foregoing **Notice of Appeal** was electronically filed with the clerk of the court using said court's CM/ECF electronic filing system and that to my knowledge and belief this document will be electronically sent to the following individuals: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                                        S/Andrea L. Harris
                                                        Asst. Federal Public Defender