CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 10 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Action No. 5:09CR00018 |
|---|---|---|
|  | ) | (Civil Action No. 5:13CV80649) |
| v. | ) |  |
|  | ) | **FINAL ORDER** |
| JAMES RICHARD HACKLEY, IV, | ) |  |
|  | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (ECF No. 160) is **GRANTED**; Hackley's motion pursuant to 28 U.S.C. § 2255 (ECF No. 151) is **DISMISSED,** and his request for an evidentiary hearing is **DENIED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Hackley has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 10th day of April, 2015.

/s/ Glen Conrad
Chief United States District Judge