CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 0 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:09CR00018 |
| | ) | (CASE NO. 5:15cv80835 ) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JAMES RICHARD HACKLEY, IV, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's submission titled "DEFENDANTS' MOTION TO HAVE THE GOVERNMENT RE-OPEN PRIOR PLEA AGREEMENT" (ECF No. 168) is hereby **CONSTRUED** as a motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, and the clerk is **DIRECTED** to docket it as such; this § 2255 motion is hereby **DISMISSED** as successive under § 2255(h) and is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 17th day of July, 2015.

_____
Chief United States District Judge